614

448 A.2d 1185

Commonwealth v. Hamay, Appellant.

Argued April 16, 1980. M. Scot Curran, for appellant; Francis C. Sichko, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

448 A.2d 1186

Commonwealth v. Hilliard, Appellant.

Petition for Allowance of Appeal Denied Jan. 7, 1983.

Submitted June 24, 1981. Philip A. Arnold, for appellant; Michael Eakin, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Order dated October 27, 1980, denying relief pursuant to appellant's P.C.H.A. petition is hereby affirmed.